UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00131-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **GLENN STEWART HOWIE,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion for an Order that Funds Held by the Charlotte-Mecklenburg Police Department be Applied to Restitution (#32). Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's motion for an Order that Funds Held by the Charlotte-Mecklenburg Police Department be Applied to Restitution (#32) is **GRANTED**, and the Charlotte-Mecklenburg Police Department is directed to convey and remit the seized funds to the Clerk of Court in partial payment of the Order of Criminal Restitution entered in this matter.

Signed: July 6, 2015

Max O. Cogburn Jr.
United States District Judge